**CONFIDENTIAL**

# REPORT OF FACTUAL FINDINGS OF INVESTIGATION CONCERNING DR. JASON REZA JORJANI

## February 9, 2018

Joan M. Schwab, Esq.
William F. Maderer, Esq.
Michael J. Shortt, Esq.



Saiber
ATTORNEYS AT LAW

18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
973-622-3333

CONFIDENTIAL

## I. INTRODUCTION

On October 12, 2017, New Jersey Institute of Technology ("NJIT" or "the University") retained Saiber LLC to conduct an investigation regarding Dr. Jason Reza Jorjani ("Dr. Jorjani"). Specifically, we were asked to determine whether Dr. Jorjani: (1) violated any of his faculty obligations to NJIT, including any violations of applicable University policy; (2) fully and accurately disclosed his outside activities as required by New Jersey Conflicts of Interest Law and applicable regulations; and (3) engaged in any outside activities that resulted in a conflict of interest with his responsibilities toward NJIT, including without limitation, any activity relating to securing funding for such organizations.[1]

## II. DOCUMENTS REVIEWED AND PERSONS INTERVIEWED

In connection with the investigation, we obtained and reviewed: (1) relevant emails from the NJIT accounts of persons interviewed; (2) documents concerning Dr. Jorjani's initial hire and subsequent renewals; (3) communications of Dr. Jorjani on Moodle, NJIT's platform for faculty communications with students; (4) Dr. Jorjani's completed New Jersey State Ethics Commission Outside Activity Questionnaires and Annual Disclosure Form; (5) the New Jersey Uniform Ethics Code, Plain Language Guide, Supplemental Ethics Code and Acknowledgement of Receipt of same signed by Dr. Jorjani; (6) the NJIT Employee Manual and Faculty Handbook available on NJIT's website; (7) articles and publications relating to or written by Dr. Jorjani; (8) a September 19, 2017 New York Times article; (9) Dr. Jorjani's LinkedIn profile; (10) publicly available corporate documents relating to Arktos Media; (11) publicly available corporate documents relating to the AltRight Corporation; (12) the unedited video from Hope Not Hate referenced in the New York Times article; (13) video interviews Dr. Jorjani gave to NBC Left Field and Jeffrey Mishlove; (14) student evaluation forms for Dr. Jorjani's classes; (15) correspondence between NJIT and Dr. Jorjani; and (16) documentation provided by Dr. Jorjani via his legal counsel in response to a request made by Saiber LLC on January 8, 2018.[2]

The following persons were interviewed:

1. Dr. Kevin Belfield, Dean of College of Science and Liberal Arts ("CSLA");

2. Raymond Calluori, Associate Director of Surveys and Information in the Office of Institutional Effectiveness;

3. Professor Maurie Cohen, Director, Science, Technology & Society ("STS") Program, Department of Humanities;

---

[1] We note that many of those in the NJIT community found the content of Dr. Jorjani's statements and writings referenced in this report disturbing. We do not address the content of his speech as it is outside of our charge.

[2] By letter dated January 8, 2018, we requested NJIT related emails from Dr. Jorjani on his personal email accounts as well as any records that would document his cancellation of, or absence from, any NJIT classes. Dr. Jorjani's attorney requested an extension of time to provide a response. We consented to an extension of time and Dr. Jorjani's attorney responded and provided documents on January 26, 2018.

CONFIDENTIAL

4.  Dr. Fadi Deek, Provost and Senior Executive Vice President;

5.  Dr. Jason Reza Jorjani, University Lecturer, Department of Humanities;

6.  Dr. Eric Katz, Professor and Chair, Department of Humanities;

7.  Christine Li, Esq., Ethics Liaison Officer and Associate General Counsel; and

8.  Michael Tress, Administrative Coordinator, Department of Humanities.

## III. EXECUTIVE SUMMARY

### A. Background

Dr. Jorjani was initially hired as a non-tenure track University Lecturer in the Department of Humanities for the 2015-2016 academic year. As a University Lecturer, he was provided with a one year contract to teach classes with no legal obligation of contractual renewal by NJIT. That said, his contract was renewed for the 2016-2017 academic year and was renewed again for the 2017-2018 academic year.

In November 2016, individuals at NJIT were advised from outside sources that Dr. Jorjani had attended a National Policy Institute ("NPI") Conference in Washington, D. C. that month. NPI has been identified by media outlets as a white nationalist organization and a lobbying group for the political movement known as the "alt-right." NPI's president is Richard Spencer who has also been identified in the media as a white nationalist. Dr. Jorjani was publicly identified as the Editor-in-Chief of Arktos Media at the conference.

Because it came to the attention of NJIT that Dr. Jorjani was engaged in outside activity of which they were previously unaware, prior to the renewal of his one year contract for the 2017-2018 academic year, NJIT requested in writing that Dr. Jorjani complete another Outside Activity Questionnaire ("OAQ") to disclose any outside activities. Dr. Jorjani completed another OAQ on April 11, 2017 in which he disclosed that he was the Editor-in-Chief of Arktos Media, a publishing company and was also involved with the Iranian Renaissance, a non-profit entity. NJIT made follow-up inquiries and based on Dr. Jorjani's responses, NJIT renewed his contract for the 2017-2018 academic year.

On or about September 19 (online) and September 20, 2017 (in print), the New York Times published an article entitled "Undercover with the Alt-Right." The article featured excerpted comments and video of Dr. Jorjani obtained by an undercover investigator of an organization known as Hope Not Hate during a meeting with Dr. Jorjani in a pub in New York City. In the excerpts included in the New York Times article, Dr. Jorjani spoke of Adolf Hitler appearing on currency and of the return of concentration camps. Dr. Jorjani asserts that the video was obtained under false pretenses and that the excerpted comments and embedded video in the article were taken out of context. The article also identified Dr. Jorjani as one of the founders and a director of the AltRight Corporation ("AltRight"), along with Richard Spencer. Dr. Jorjani's participation in this organization was not disclosed on any OAQ he completed with the University.

CONFIDENTIAL

NJIT placed Dr. Jorjani on paid administrative leave on September 25, 2017 pending this investigation.

**B.   Findings**

**1.   OAQ**

a)   As set forth herein, we find that when Dr. Jorjani failed to disclose on his April 11, 2017 OAQ or in follow up inquiries, that he was a founder, director and shareholder of AltRight, he: (1) violated the New Jersey Uniform Ethics Code; (2) falsely certified when he signed the certification of the April 11, 2017 OAQ that there was no willful misstatement of fact or omission of a material fact; and (3) violated NJIT's core value of Integrity. Likewise, when Dr. Jorjani failed to disclose that he was a director of Arktos, he violated the Uniform Ethics Code, signed a false certification in the OAQ and violated NJIT's core value of Integrity.

b)   The evidence contradicts Dr. Jorjani's assertions that he was under no obligation to make these disclosures because (1) AltRight was an inactive shell corporation that was not operational; (2) he was only on the board of AltRight as a representative of Arktos, he did no work for AltRight or no work beyond that which he did for Arktos and they were essentially the same; (3) the financing for AltRight never came through and accordingly, there was no obligation to disclose it; and (4) his AltRight shares were worthless. The Uniform Ethics Code and OAQ required disclosure of all outside activities whether current, or planned, and whether paid, or unpaid, and the corporate documents we obtained for each entity and Dr. Jorjani's own writings confirm that his assertions are not true.

**2.   Class Cancellations**

In the Spring 2017, student evaluations for Dr. Jorjani's classes contained multiple complaints about class cancellations. Our investigation revealed that Dr. Jorjani canceled 13 classes during the Spring of 2017. During his January 5, 2018 interview ("Interview"), Dr. Jorjani acknowledged that he would not inform anyone in the Department if he canceled a class.[3] When interviewed during our investigation, Dr. Katz believed that the number of Dr. Jorjani's cancellations in the Spring 2017 semester was excessive. Dr. Jorjani's unapproved class cancellations violate Section 5.4.4 of the Faculty Handbook. In the Humanities Department, faculty were informed that they should notify Dr. Katz or the department's administrative team of all class cancellations so the Department would be aware of them, but there was no formal system in place to track canceled classes.

---

[3] Elsewhere in his Interview, Dr. Jorjani stated he remembered writing to Mr. Tress about the cancellation of a class due to transit issues on one occasion, but Mr. Tress did not recall being notified and our review of Dr. Jorjani's emails failed to disclose any instance where he notified the Humanities Department that he was canceling a class.

3

CONFIDENTIAL

### 3. The Unedited Video and Dr. Jorjani's Denials of Certain Statements

a) Dr. Jorjani denied that he made certain statements attributed to him in the Hope Not Hate ("HNH") video and asserted that the embedded video contained in the New York Times article was edited and taken out of context.

b) We obtained what HNH represented was the unedited video. Contrary to Dr. Jorjani's current assertions, in the unedited video, Dr. Jorjani did say: (1) he wanted to see Hitler on a bank note; (2) Hitler was a great man who made some mistakes; (3) he wanted to see Napoleon on a bank note; and (4) Muslims will reach the same number as Hindus in India, it has to be stopped and Pakistan needs to be destroyed in a nuclear war. We make no comment on the content of Dr. Jorjani's statements. However, we conclude that Dr. Jorjani's denials are inaccurate and inconsistent with the unedited video and violate NJIT's core value of Integrity and that, overall, the excerpted video that was published by the New York Times was not taken out of context.

### 4. Non-Responsiveness and Involvement With Outside Activities

We conclude that Dr. Jorjani exhibited a pattern of non-responsiveness while actively teaching at NJIT and did not, as was expected, regularly check his email or mailbox during the academic year. Dr. Jorjani's involvement in outside activities resulted in a high number of unapproved class cancellations. When asked to fill out an updated OAQ prior to his renewal for the 2017-2018 academic year, Dr. Jorjani failed to comply with the request for over nine days because he explained that he was involved in trying to organize a gathering of Iranians at the Tomb of Cyrus the Great in Iran during the Persian New Year. Even while on paid administrative leave, with no job duties, Dr. Jorjani's counsel indicated that Dr. Jorjani would need additional time to respond to our request for all NJIT-related emails and documents related to class cancellations, because in addition to his counsel's other commitments, Dr. Jorjani was "preoccupied" with other matters. While we consented to an extension and Dr. Jorjani provided the documents pursuant to that extension, his request for additional time was due, in part, to being "preoccupied with other matters." This suggests that his outside activities take precedence over his responsibilities to NJIT.