**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>**JESSICA S. ALLEN**<br>UNITED STATES MAGISTRATE JUDGE | Martin Luther King, Jr. Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102<br>(973-645-2580) |

**LETTER ORDER**

January 19, 2022

**To**:  ALL COUNSEL OF RECORD

**Re**:  *Jorjani v. NJIT, et al.*,
       **Civil Action No.: 18-11693 (WJM) (JSA)**

Dear Counsel:

The Court is in receipt of the parties' joint letter of January 12, 2022, setting forth the status of the parties' unresolved dispute concerning deposition objections and what appear to be new issues related to Defendants' affirmative defenses and renewed issues surrounding Defendants' privilege log.

Preliminarily, the Court notes that consistent with the Undersigned's judicial preferences, all submissions should be electronically filed on the official court docket unless they contain confidential information. Further, in the Court's Order of November 17, 2021, the parties were directed to have a meaningful meet and confer concerning defense counsel's specific deposition objections based on privilege and instructions that the deponent(s) not answer to preserve a privilege (ECF No. 88). If the parties could not successfully resolve this dispute, they were directed to submit a joint letter addressing which, if any, specific deposition objections Plaintiff continues to assert were improperly raised and Plaintiff's basis for same as well as Defendants' position. (Id.)

The parties' letter of January 12, 2022 does not comply with the Undersigned's judicial preferences or the November 17, 2021 Order. As such, the parties are directed to file on the official

docket a joint letter of three (3) pages or less **on or before January 28, 2022**, setting forth the specific deposition objections based on privilege and instructions that the deponent(s) not answer to preserve a privilege that Plaintiff submits were improperly raised, including citations to the specific page(s) and line(s) of the deposition transcripts at issue as well as any supporting legal authority for the parties' respective positions.  The parties shall attach no more than fifteen (15) pages of the relevant excerpts from the deposition transcripts at issue.

To the extent any party has attempted to raise <u>new</u> discovery issues in the January 12, 2022 letter other than deposition objections, such as Defendants' affirmative defenses or privilege logs, the parties are directed to have a meaningful meet and confer to resolve same.  The parties shall submit a second joint status letter of two pages or less double spaced **on or before February 1, 2022**, confirming whether they have resolved these new disputes and/or addressing what, if any, unresolved disputes remain.

The Status Conference scheduled for January 24, 2022 at 2:00 p.m. is adjourned, pending the Court's receipt and review of the parties' anticipated joint letters.

**SO ORDERED**.

        s/Jessica S. Allen
        **JESSICA S. ALLEN**
        **United States Magistrate Judge**

cc:  Honorable William J. Martini, U.S.D.J.