# Frederick C. Kelly

*Attorney at Law*
*One Harriman Square*
*Goshen, New York*
845 294-7945 ◆ *Fax* 845 294-7889
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

Hon. Jessica A. Allen, USMJ
United States District Court
50 Walnut Street
Newark, NJ 07102

August 8, 2022     *Via ECF*

Dear Judge Allen:

Along with the Law Office of Joseph J. Haspel, we represent Plaintiff Jason Jorjani in this First Amendment retaliation case.

This letter is sent pursuant to your order at DKT. 100, ahead of the argument scheduled for August 25, 2022.

Attached are the transcript pages in question. Some additional pages have been included to provide context. I would add that this dispute presents complex issues that would be appropriately addressed by full motions, rather than the adumbrated joint letter briefs.

I thank you for your time and attention herein, and remain

                              Very truly yours,

                              /s/
                              Frederick C. Kelly, Esq.

cc:     Marc Haefnerr, Esq./Walsh, Pizzi, O'Riley and Falanga, LLP
       *Attorneys for Defendants     Via ECF*