# *Frederick C. Kelly*

*Attorney at Law*
*One Harriman Square*
*Goshen, New York*
*845 294-7945* ◆ *Fax 845 294-7889*
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

Hon. Jessica A. Allen, USMJ
United States District Court
50 Walnut Street
Newark, NJ 07102

July 19, 2023          *Via ECF*

Re:   Jorjani v. NJIT et al.  Case No. 18-cv-11693
      Request for Extension on Consent

Dear Judge Allen:

This office, along with Patrick Trainor, Esq., represents plaintiff Jason Jorjani in the above case.

I write now, with the consent of opposing counsel, to request an extension of the time to file Plaintiff's letter-brief in opposition. The Court had ordered Jorjani to submit his opposition by July 19, 2023. I am simply backed up with work and have not been able to attend to this matter in the manner required. Under the circumstances, I request a one week extension of the time to file Plaintiff's opposition to July 26, 2023, with Defendant's reply extended to August 2, 2023 (or whatever other reasonable time Defense Counsel needs).

I thank you for your time and attention herein, and remain

                              Very truly yours,

                              /s/Frederick C. Kelly, Esq.

                              /s/ Patrick Trainor, Esq.