UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARTIN LUTHER KING JR. FEDERAL BUILDING
50 WALNUT STREET, P.O. BOX 419
NEWARK, N.J. 07101-0419

**WILLIAM J. MARTINI, U.S.D.J.**

March 19, 2024

**ALL COUNSEL:**

      RE: JORJANI v. NEW JERSEY INSTITUTE OF TECHNOLOGY et al., (18-cv-11693)

Dear Counsel:

      You are hereby notified that the above-entitled matter has been re-scheduled for a **Final Settlement/Status Conference** before the Honorable William J. Martini on **April 22, 2024, at 11:00 a.m.** Said conference shall be in person in Courtroom 4B of the MLK Federal Building 4th Floor, Newark, NJ.

      You are directed to provide the Court with a position paper **NOT TO EXCEED TWO PAGES**, setting forth your client's position regarding settlement. Specifically, the position paper should include the salient facts; the relative strengths and weaknesses of your case; your client's monetary settlement posture; and any other requirements of a settlement.

      Please have this document faxed (973-645-4703) to chambers by April 15, 2024, no later than 12 noon. This document is for the Court's eyes only and shall remain confidential.

                                                                     Sincerely,
                                                                s/ Keith Guthrie
                                                         *Court Clerk for Judge Martini*