UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:

Jason Jorjani
(Plaintiff)

v.
New Jersey Institute of Tech
(Defendant)

Docket No.: 18-cv-11693

Judge: Martini

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that **Jason Jorjani** _____
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

**July 31, 2024** _____
(Date)

Dated: August 22, 2024

Jason Jorjani c/o Law Office of Patrick Trainor, Esq., LLC
_____
Appellant

19 Union Avenue, Suite 201
_____
Street

**Rutherford, NJ 07070**
_____
City, State, Zip

**(201) 777-2301**
_____
Telephone